IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| BILLY RAY RISLEY, #715659 | § |
| | § |
| V. | § CIVIL ACTION NO. G-05-677 |
| | § |
| DOUG DRETKE, DIRECTOR, | § |
| TEXAS DEPARTMENT OF CRIMINAL | § |
| JUSTICE-INSTITUTIONAL DIVISION | § |

## ORDER OF DISMISSAL

Before the Court for its Order of Acceptance is a Report and Recommendation of the Magistrate Judge, entered on January 11, 2006, which recommends that the Application for Writ of Habeas Corpus of Billy Ray Risley be dismissed. Risley has filed objections to the Report and Recommendation which are wholly unresponsive to the reasons regarding the Magistrate Judge's dismissal recommendation.

Accordingly, having given this matter *de novo* review as required by 28 U.S.C. §636 (b)(1)(C), this Court finds that the Report and Recommendation of the Magistrate Judge is a well reasoned and correct application of relevant law and should be, and it is hereby, **ACCEPTED** in its entirety and incorporated by reference herein.

It is **ORDERED** that the Application for Writ of Habeas Corpus of Billy Ray Risley is **DENIED** and this case is **DISMISSED** with prejudice.

**DONE** at Galveston, Texas, this the 27th day of February, 2006.

_____
Samuel B. Kent
United States District Judge